**UNITED STATES of America,**

v.

**Raseen WRIGHT, a/k/a/ Rasheem Wright, a/k/a Rasheen Wright, Raseen Wright, Appellant.**

**No. 03–4711.**

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Third Circuit LAR 34.1(a) Oct. 5, 2004.

Decided Oct. 7, 2004.

Shari E. Lewis, Philadelphia, PA, for Appellee.

Before SLOVITER, BECKER and STAPLETON, Circuit Judges.

*OPINION OF THE COURT*

STAPLETON, Circuit Judge.

Appellant Raseen Wright was indicted for possession of a firearm by a convicted felon. He was convicted by a jury and sentenced to 78 months of imprisonment. This appeal followed.

Officer Poliard saw Wright, whom he had known for approximately five years, firing a handgun. Wright dropped the handgun and fled. Officer Poliard saw him drop the handgun and then gave

138

chase. He ultimately overtook Wright, arrested him, and returned to the original site to take custody of the firearm. At the time of his arrest, Wright had been convicted of a felony.

Appellant's counsel has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and requested permission to withdraw. Our review of the record has found no non-frivolous ground that could be urged as a basis for reversal. The evidence provided ample support for the jury's verdict.

We will affirm the judgment of the District Court and grant counsel's motion to withdraw.